**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 21-6801**

———————

MARTIN GRIJALVA TOBER,

Plaintiff - Appellant,

v.

LAURA ARMSTEAD, Warden; P. OWENS, Sgt.; L. JOBE, Sgt.,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:20-cv-03780-SAG)

———————

Submitted:  August 30, 2022                              Decided:  September 29, 2022

———————

Before WYNN, RICHARDSON, and RUSHING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Martin Grijalva Tober, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin Grijalva Tober appeals the district court's order dismissing his amended 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Tober v. Armstead*, No. 1:20-cv-03780-SAG (D. Md. Apr. 12, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
